Case 5:23-cv-04894-NC   Document 10   Filed 10/23/23   Page 1 of 2
2:18-mn-02873-RMG   Date Filed 10/23/23   Entry Number 3833   Page 1 of 2
Case MDL No. 2873   Document 2145   Filed 10/23/23   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AQUEOUS FILM–FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2873 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –154)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 586 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 23, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

A TRUE COPY
ATTEST: ROBIN L. BLUME, CLERK

BY: Sandra S. Shealy
DEPUTY CLERK

Case 5:23-cv-04894-NC   Document 10   Filed 10/23/23   Page 2 of 2
2:18-mn-02873-RMG   Date Filed 10/23/23   Entry Number 3833   Page 2 of 2
Case MDL No. 2873   Document 2145   Filed 10/23/23   Page 2 of 2

| | | | |
|---|---|---|---|
| IN RE: AQUEOUS FILM–FORMING FOAMS PRODUCTS LIABILITY LITIGATION | | | MDL No. 2873 |

### SCHEDULE CTO–154 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 23–04894 | Santa Clara Valley Water District v. 3M Company et al |
| NEVADA | | | |
| NV | 2 | 23–01596 | Beeman et al v. 3M Company et al |
| NEW YORK NORTHERN | | | |
| NYN | 1 | 23–01187 | Rolling Meadows Water Company v. The 3M Company et al |
| NYN | 1 | 23–01189 | Windemere Highlands, Inc. v. The 3M Company et al |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 23–08210 | Hartford Utilities v. The 3M Company et al |
| NYS | 7 | 23–08287 | Village of Stockport v. The 3M Company et al |
| NYS | 7 | 23–08288 | City of Richmond Water Treatment Plant v. The 3M Company et al |
| NYS | 7 | 23–08330 | ALP Utilities v. The 3M Company et al |
| WISCONSIN EASTERN | | | |
| WIE | 1 | 23–01292 | City of Green Bay v. The 3M Company et al |
| WISCONSIN WESTERN | | | |
| WIW | 3 | 23–00654 | City of Eau Claire v. 3M Company et al |